# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

JENNIFER GILLESPIE and
LEELAND THOMPSON                                                                    PLAINTIFFS

V.                                                              CIVIL ACTION NO. 3:20-CV-098-GHD-RP

C.R. BARD, INC, and
BARD PERIPHERAL VASCULAR, INC.                                                      DEFENDANTS

## ORDER OF DISMISSAL FOLLOWING STIPULATION

Having examined the foregoing Stipulation of Dismissal [28] of the Plaintiffs' claims in the above-captioned matter filed by the parties seeking the dismissal of this action without prejudice, the Court finds that the agreed-upon Stipulation should be GRANTED.

It is therefore ORDERED that this case is DISMISSED WITHOUT PREJUDICE, including all claims and counterclaims, with each party to bear its own attorney's fees and costs.

SO ORDERED, this, the 25 day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE